AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. *10-20194* |
| WILLIAM HARNESS | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **WILLIAM HARNESS**                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Attempt to possess with intent to distribute a controlled substance; and
21 U.S.C. § 843(b)- Possession of equipment, chemicals, products and materials which may be used to manufacture a
controlled substance.

Date:  04/28/2010

_____
*Issuing officer's signature*

City and state:   Memphis, TN 38103

THOMAS M. GOULD, CLERK U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)*  5-10-2010
at *(city and state)*  Nashville TN          .

Date:  5-10-2010

_____
*Arresting officer's signature*

TFO Mike Perez   DEA
*Printed name and title*