IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA          )
                                  )
                                  )
v.                                )     NO. _10-mj-3028_
                                  )
                                  )
_William Harness_                 )

## ACKNOWLEDGMENT OF RECEIPT AND REVIEW
## OF NOTICE AND EXPLANATION OF RIGHTS

I, _William Harness_, hereby state that I have read the foregoing "Important Notice to Defendant and Explanation of Rights and Proceedings" (or that it has been explained to me), that I understand my rights as set forth therein, and that I have been provided with a copy of the foregoing Notice.

Signed in open Court this _10th_ Day of _May_ _____, 20 _10_.

_____
Signature of Defendant

_____
Signature of Counsel

_____
Signature of Judicial Officer

6