United States District Court
Middle District of Tennessee

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7396

E-Mail: Joyce_A_Brooks@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

May 12, 2010

Clerk
U. S. District Court
Clifford Davis and Odell Horton
 Federal Building
167 North Main Street, Room 242
Memphis, TN 38103

Re: TRANSMISSION OF RULE 5 DOCUMENTS
    USA v. William Harness
    Western District of Tennessee Case No. 10-20194
    Middle District of Tennessee Magistrate Case No. 10-3028

Dear Clerk:

Enclosed please find certified copies of Rule 5 paperwork for the above-reference case.

Sincerely,

*(signature)*

Joyce A. Brooks
Criminal Docketing Clerk

Enclosures

cc:  U. S. Marshal Service
     U. S. Probation Office